

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00092-CV

| | | |
|---|---|---|
| ADRIANO KRUEL BUDRI, Appellant | § | On Appeal from the 141st District Court |
| v. | § | of Tarrant County (141-348108-23) |
| | § | February 13, 2025 |
| GREG PATRICK MCALLISTER AND JEREMY W. HAWPE, Appellees | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's sanctions order. It is ordered that the trial court's sanctions order is affirmed.

It is further ordered that appellant Adriano Kruel Budri shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Elizabeth Kerr
Justice Elizabeth Kerr